COM.

v.

HARDY, C.

**321 MDA 2017**

Superior Court of Pennsylvania.

07/13/2017

CP–21–CR–0000696–2009 (Cumberland)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

**LINGAFELT, B.**

**1340 WDA 2016**

Superior Court of Pennsylvania.

07/13/2017

CP–07–CR–0002539–2009 (Blair)

Affirmed

COM.

v.

**WALKER, T.**

**630 EDA 2016**

Superior Court of Pennsylvania.

07/14/2017

CP–46–CR–0000394–2014 (Montgomery)

Affirmed

STAHL, S.

v.

**STAHL, C.**

**1304 EDA 2016**

Superior Court of Pennsylvania.

9/14/2017

Reargument Denied 07/14/2017

2012–006263 (Delaware)

Affirmed

COM.

v.

**ANTILL, C.**

**1450 EDA 2016**

Superior Court of Pennsylvania.

07/14/2017

MC–51–CR–0043141–2014 (Philadelphia)

Vacated/Remanded